UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PERRY JOHNSON,

                Petitioner,

-vs-                            Case No.   2:06-cv-65-FtM-29DNF

UNITED STATES OF AMERICA,

                Respondent.
_____

**OPINION AND ORDER**

This matter comes before the Court on Petitioner's Notice of Appeal (Doc. #14) filed on October 4, 2007 and his petition for certificate of appealability (Doc. #15) on the same date.

Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues.  The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.  See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000).  When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable

whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims."  Miller-El v. Cockrell, 537 U.S. at 336.

Plaintiffs' appeal stems from the Court's August 24, 2007 Opinion and Order (Doc. #12) denying petitioner's motion under § 2255.  In his petition for certificate of appealability, petitioner basically reasserts the arguments he made in his § 2255 petition, or a variation thereof.  The Court has reviewed petitioner's petition for certificate of appealability and this Court's prior Opinion and Order (Doc. #12) and concludes that petitioner has failed to show that jurists of reason would find the Court's assessment of the constitutional claims debatable or wrong or that the Court was incorrect in its procedural rulings.

Accordingly, it is now

**ORDERED**:

Petitioner's application for certificate of appealability, deemed included in the Notice of Appeal (Doc. #) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of October, 2007.

JOHN E. STEELE
United States District Judge

Copies: All Parties of Record  
United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303